UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  21-10844
David P Mann  )
  )
  )  Chapter:  13
  )  Honorable David D. Cleary
  )
  )
Debtor(s)  )

### Order Dismissing Case for Unreasonable Delay

This matter coming before the Court on Trustee's Motion to Dismiss for Unreasonable Delay, the Court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

This case is dismissed.

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  January 10, 2022

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300